1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| ANDREW ORDUNEZ GOMEZ, | Case No. CV 21-5661 JWH (PVC) |
|---|---|
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| A. PEREZ CARDONA, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint in the above-captioned matter, Defendant's Motion for Judgment on the Pleadings, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objections. After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and **ACCEPTS** the findings and conclusions of the Magistrate Judge. Accordingly, it is hereby **ORDERED** as follows:

1. Defendant's Motion for Judgment on the Pleadings is **GRANTED**.
2. Judgment shall be entered **DISMISSING** Plaintiff's federal claims **with prejudice** and Plaintiff's state law claims **without prejudice**.
3. The Clerk is **DIRECTED** to serve copies of this Order and the Judgment herein on Plaintiff at his address of record and on counsel for Defendant.

**IT IS SO ORDERED.**

DATED:  February 22, 2023

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

2