JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW ORDUNEZ GOMEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>A. PEREZ CARDONA,<br><br>          Defendant. | Case No. CV 21-5661 JWH (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's federal claims in the above-captioned action are **DISMISSED with prejudice** and Plaintiff's state law claims are **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Dated: February 22, 2023

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE